1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10   ADOLOFO CARRILLO,              )  CASE NO. SA CV 07-1324-PSG (PJW)
                                    )
11                 Petitioner,      )
                                    )  ORDER ACCEPTING REPORT AND
12          v.                      )  ADOPTING FINDINGS, CONCLUSIONS,
                                    )  AND RECOMMENDATIONS OF UNITED
13   MATHEW C. KRAMER, WARDEN,      )  STATES MAGISTRATE JUDGE
                                    )
14                 Respondent.      )
     _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge.  No objections to the Report and

19   Recommendation have been filed.  The Court accepts the Magistrate

20   Judge's Report and adopts it as its own findings and conclusions.

21

22        DATED:     January 8, 2010                      .

23

24

25                              _____
                                PHILIP S. GUTIERREZ
26                              UNITED STATES DISTRICT JUDGE

27

28   C:\Temp\notesFFF692\~4047219.wpd